**E-Filed 9/15/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 01-20154 JF |
| Plaintiff, | ORDER[1] DENYING MOTIONS TO STRIKE DEATH PENALTY AND TO DECLARE FDPA UNCONSTITUTIONAL |
| v. | |
| ANH THE DUONG, et al., | |
| Defendants. | |

The Court has read and considered Defendant Duong's motions to strike the death penalty and to declare the Federal Death Penalty Act (FDPA) unconstitutional and the Government's opposition thereto. The Court also has considered the oral arguments presented by counsel at the hearing on August 12, 2009.

To the extent that it addresses issues presented by the pending motions, the Court adopts the thoughtful discussion by Judge Alsup in his order denying similar motions in *United States v. Edgar Diaz, et al.*, No. CR 05-00167 (February 28, 2007). Defendant's remaining contentions are either unpersuasive or inconsistent with current Supreme Court authority. Accordingly, the motions will be denied.

---

[1] This disposition is not appropriate for publication in the official reports.

ORDER DENYING MOTION TO STRIKE DEATH PENALTY AND TO DECLARE FDPA UNCONSTITUTIONAL
Case No. CR 01-20154 JF

1  IT IS SO ORDERED.

2

3  DATED:  September 15, 2009

    _____
4                                  JEREMY FOGEL
                                   United States District Judge

1  This Order was served on the following persons:

3  Brendan Patrick Conroy    brenco4@aol.com, 139Townsend@sbcglobal.net
4  Daniel Lee Barton    dbarton@nablaw.com, ealdi@nablaw.com
5  David L. Andersen    andzim@sbcglobal.net
6  Jack D. Gordon    jackgordonlaw@earthlink.net
7  James T. Chou    jim.chou@usdoj.gov, cherell.hallett@usdoj.gov, kim.hopkins@usdoj.gov
8  James McNair Thompson    jmtesq@verizon.net
9  Kevin D. Clymo    attyclymo@yahoo.com, kirstenclymo@aol.com
10  Manuel Urquidez Aldapa Araujo    Manuel_Araujo@fd.org, Susie_Barrera@fd.org
11  Mark Donald Eibert    markeibert@comcast.net
12  Mark Rosenbush    markrosenbush@mindspring.com
13  Mary Elizabeth Conn    mary@santa-cruz-law.com
14  Michael N. Burt    michael.burt@prodigy.net, nspemberton@earthlink.net
15  Peter A. Leeming    paleeming@sbcglobal.net
16  Richard William Zimmer    amdzim@yahoo.com
17  Shawna Yen    shawna.yen2@usdoj.gov
18  Thomas J. Ferrito    ferritolaw@mindspring.com
19  Tony Tamburello    ttduboce@mindspring.com, Gretchen_TandHLaw@earthlink.net
20  Vicki H. Young    vickihyoung@yahoo.com