UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR-01-20154 JF (PVT) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT** |
| v. | ) | **DUONG'S MOTION FOR PRETRIAL** |
| | ) | **ORDER COMPELLING** |
| | ) | **GOVERNMENT DISCLOSURE** |
| ANH THE DUONG, | ) | **PURSUANT TO *BRADY* AND *GIGLIO*** |
| | ) | |
| Defendant. | ) | [Docket No. 1008] |
| | ) | |

Defendant Anh The Duong moves for a pretrial order compelling government disclosure pursuant to *Brady* and *Giglio*.  Plaintiff United States of America states that it has, and will, continue to abide by its disclosure obligations pursuant to *Brady* and *Giglio*.  (the "Government").  On February 4, 2010, the parties appeared for hearing.  Having read the papers and considered the arguments of counsel,

IT IS HEREBY ORDERED that defendant Duong's requests for material bearing on witness credibility pursuant to *Brady* and *Giglio* is granted.

The Government shall confirm whether local agencies have any responsive discovery bearing on the credibility of any "cooperators."  Additionally, the Government shall produce any responsive discovery regarding bias and/or motive of witnesses.  Paragraph 7 (a)-(s) of defendant Duong's motion provides a reference of possible sources for responsive discovery.  *See* Motion

1   for Pretrial Order Compelling Government Disclosure Pursuant to *Brady* and *Giglio* at 4-6.

2          The term "cooperator" shall refer to individuals who were involved (indicted or

3   unindicted) in the above-captioned action.  The term "informant" shall refer to any individual

4   who has or may have had a relationship, whether formal or informal, with any federal, state or

5   local law enforcement agency or task force, or agent thereof that involves providing the agency

6   with information regarding criminal activity and who was questioned about or provided any

7   information about the investigation or prosecution of any matter related to this case.  This

8   individual may also qualify as a "cooperator" as defined above except that an "informant" has or

9   had a continuing relationship.

10         IT IS FURTHER ORDERED that the Government shall, and continue to, produce any

11  exculpatory evidence pursuant to *Brady* and *Giglio.*

12         IT IS FURTHER ORDERED that defendant Duong's request for material bearing on the

13  credibility of cooperators and informants pursuant to *Brady* and *Giglio* is granted.  The

14  Government may use the requests specified in defendant Duong's motion as a reference for

15  sources of responsive discovery.

16         IT IS FURTHER ORDERED that defendant Duong's request for discovery bearing on

17  penalty information is granted.  The Government may use the requests specified in defendant

18  Duong's motion as a reference for sources of responsive discovery.

19         IT IS SO ORDERED.

20  Dated:    February 9, 2010

21                                      _____

22                                      PATRICIA V. TRUMBULL
                                        United States Magistrate Judge

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28