UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF (PVT) |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S MOTION FOR PRETRIAL ORDER COMPELLING GOVERNMENT DISCLOSURE OF MISCELLANEOUS MATERIAL** |
| v. | ) | |
| ANH THE DUONG, | ) | |
| Defendant. | ) | [Docket No. 1006] |

In this motion, Defendant ANH THE DUONG ("Defendant") seeks a pretrial order compelling government disclosure of miscellaneous material from Plaintiff, UNITED STATES OF AMERICA ("Government"). On February 4, 2010 the parties appeared for a hearing. Having reviewed the papers and considered the arguments of counsel, IT IS HEREBY ORDERED THAT Defendant's motion for pretrial order compelling government disclosure of miscellaneous material is GRANTED.[1]

---

[1] The holding of this court is limited to the facts and circumstances underlying the present motion.

ORDER, *page 1*

Defendant Duong requests the following discovery:

1) Witnesses

    a) List the name, address, and phone number of each person who has knowledge of the charged offenses or knowledge pertaining to this case or who has been interviewed by the United States or any of its representatives or any police department or any law enforcement agency, or interviewed by anyone else known or knowable through due diligence by the United States and its agents, in connection with this case.

    c) List the full name, current address, and phone number of any witnesses having to do with the offenses charged in the indictment.

    d) List the name, addresses, and phone number of each police officer, federal law enforcement officer, jail or correctional guard, probation or parole officer or representative of a law enforcement authority who has had any connection with the investigation of the alleged crimes.

    e) List the name, address, and phone number for each representative of any prosecution authority, detention or court authority (prosecutor, jailer or judge) who has had any connection with the investigation of the alleged crimes.

2) Provide copies of all reports, records, dictated thoughts, audio or video recordings, investigative letters, or memoranda made by any representative of any law enforcement authority, including the Federal Bureau of Investigation, in connection with the investigation of the charged offenses.

3) Provide copies of all written statements, whether inculpatory or exculpatory, relevant in any way to the alleged crimes, made by any person, witness or potential witness in connection with the charged offenses in the possession of the United States or any other investigative agency.

4) Provide all oral statements made by any persons referred to in paragraph 1 which tend either to exculpate or inculpate the defendant or which provide information relevant to the charged offenses. Reduce such statements to writing and provide the name, address, and phone number of each speaker and of each person present when the statement(s) were made.

5) Produce copies of all written, audio or visual reward offers made in this case by any party. List all responses to any reward offers. Identify the respondent and the date and time of the response.

6) Any and all statements or other information obtained from inmates and pre-trial detainees who, while Mr. Duong has been incarcerated on any matter relating to these proceedings, claim to have talked to Mr. Duong about his case or overheard Mr. Duong talking about his case or who may be called as a witness in the penalty phase of the case.

7) With respect to any such jailhouse informant identified in paragraph 6, provide the information about them that is required to be provided about the category of persons labeled "cooperators" in a separate discovery motion filed concurrently.

8) Any and all statements or other information obtained from guards, medical staff, or any other government employee or agent who, while Mr. Duong has been

incarcerated on any matter relating to these proceedings, claim to have talked to Mr. Duong about his case or overheard Mr. Duong talking about his case.

9) With respect to the persons identified in paragraph 8 provide the information about them that is required to be provided about non-cooperator witness in the separate discovery motions filed concurrently with this motion and include the further information required to be provided about law-enforcement officers.

10) The transcript of testimony given by any person before the grand juries in this cause and related cases.

11) Copies of any computer programs the government has used to analyze data, assists experts in reaching conclusions, used to help prepare exhibits, or the results of which will be placed in evidence either as part of a witnesses testimony or directly.

12) The raw data which any computer program identified in paragraph 11 used and a specific and detailed description of the precise manner in which the program was run.

The Government shall comply with its obligations pursuant to *Brady* and *Giglio*. The parties shall meet and confer regarding whether a protective order may be appropriate.

IT IS SO ORDERED.

Dated: February 9, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 3*