1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF (PVT) |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S SUPPLEMENTAL MOTION FOR PRETRIAL ORDER COMPELLING GOVERNMENT DISCLOSURE OF MATERIAL** |
| v. | ) | |
| ANH THE DUONG, | ) | |
| Defendant. | ) | [Docket No. 1117] |

## I.    INTRODUCTION

By this motion, Defendant ANH THE DUONG ("Defendant") moves for a supplemental pretrial order compelling government disclosure of material from Plaintiff, UNITED STATES OF AMERICA ("Government").  On February 4, 2010, the parties appeared for a hearing.   Having reviewed the papers and considered the arguments of counsel, Defendant's supplemental motion for pretrial order compelling government disclosure of material is GRANTED.[1]

_____

[1]  The holding of this court is limited to the facts and circumstances underlying the present motion.

**United States District Court**
For the Northern District of California

## II.   BACKGROUND

On January 29, 2010, Defendant filed a Supplemental Motion for a Pretrial Order Compelling Government Disclosure of Material.  *See* Docket No. 1117.  On February 4, 2010, parties appeared for a hearing.  On February 8, 2010, the Government filed its response.  *See* Docket No. 1125.

## III.   THE REQUESTED ITEMS

### A.   Supplemental Request One

On January 14, 2010, the Government produced certain discovery to Defendant.  Included in the items produced were pages of "raw notes" of police officers engaged in the investigation of the case.  There are two sets of "raw notes" which appear to be written by two different people.

Defendant indicates that these notes are important for three reasons: (1) the notes show that defendant was only part of an organization, contrary to the indictment that alleged he was the "enterprise"; (2) the information on the chart contradicts the allegation that defendant is the "leader" of the enterprise; and (3) the notes help to show "relative culpability" of defendant in that other individuals of the organization have not even been charged with any penalty or crime.

The Government recognizes its obligations under *Brady* and *Giglio* but states that these discovery requests exceed the scope of its discovery obligations.

Defendant requests the following items:

1.    The names, addresses, and current contact information for all persons present at the April 11, 2001, Task Force meeting reflected in the notes contained in Exhibits A and B.

2.    The names, addresses and current contact information for all persons responsible for the development of the organization chart contained in Exhibits A and B whether or not present at the Task Force meeting. If this person or persons was present at the meeting, their responsibility for the development of the organization chart should be specifically noted.

3.    The raw notes of all people present at the Task Force meeting.

4.    All of the information on which the organization chart was based including any written reports, memoranda, or notes. If such information was delivered orally and no written report was made or, if any such reports, memoranda, or notes have been destroyed, this Court should order that an accurate written summary be made of that information and be provided to the defense.

5.    The names, addresses, and current contact information of all persons who

1   provided the information contained in the above requested material
2   including a specific designation of what information was provided by each
    person and when it was provided.

3   Defendant's request for the above-specified discovery is GRANTED to the extent such

4   discovery already exists.  The Government shall continue to fulfill its ongoing obligations pursuant

5   to *Brady* and *Giglio*.

6   **B.    Supplemental Request Two**

7   Defendant requests the mental health records of witness Christine Chen.

8   Defendant's request for the above-specified discovery is GRANTED.

9   **C.    Supplemental Request Three**

10  Defendant requests the diary of Oanh Nguyen which is in the government's custody.

11  Defendant's request for the above-specified discovery is GRANTED.

12  **D.    Supplemental Request Four**

13  Thi Van Le is on the Government witness list and is the only known true informant (other

14  than another witness who has agreed to testify in exchange for sentencing consideration).  Defendant

15  Duong makes specific discovery requests regarding Mr. Le, including his master file.

16  Defendant Duong states that the file will show not only direct monetary compensation Mr.

17  Le received but also any indirect benefits he may have obtained including lenient treatment for

18  independent criminal activity on his own part, whether charged or uncharged.  Moreover, during the

19  period he served as an informant, Mr. Le was actively involved in criminal activity with Anthony

20  Tran and other individuals associated with Mr. Duong, including direct participation in the

21  destruction of evidence immediately after the "International Club" murders.  These murders are

22  charged as racketeering acts in this case.  His file may include information regarding his

23  observations of other individuals which may be exculpatory.  His observations may show that Mr.

24  Duong was not the leader of the enterprise, and instead was under the control of Anthony Tran and

25  others.

26  The Government objects to the request on the grounds that it exceeds the obligations of

27  *Brady* and *Giglio*.  The Government states that Mr. Le's file contains sensitive, confidential

28  information not relevant to the present case.

1   Defendant further requests the complete files regarding Mr. Le of all law enforcement

2   agencies for which he worked should be provided.

3   Defendant's request for the above-specified discovery is GRANTED.  The Government shall

4   review the informant's files and shall produce any exculpatory evidence pursuant to *Brady* and

5   *Giglio*.

6   **E.     Supplemental Request Five**

7   Finally, Defendant requests the grand jury testimony of government witnesses Cuong

8   Nguyen and Vincent Lu.

9   Defendant's request for the grand testimony of Cuong Nguyen and Vincent Lu is

10  GRANTED.

11  IT IS SO ORDERED.

12  Dated:   February 9, 2010

13  *Patricia V. Trumbull*

14  _____
    PATRICIA V. TRUMBULL
    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California